UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT BRUCE JOKINEN,

    Plaintiff,

v.                                                                                              CASE NO. 6:06-cv-00957-Orl-31DAB

DOCTOR MANDOZZA, et al.,

    Defendants.

---

## **ORDER**

This case is before the Court on the Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 10, filed September 25, 2006). Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Plaintiff is not entitled to appeal as a pauper and his Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 10) is **DENIED**. Plaintiff shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** at Orlando, Florida, this 16th day of October, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 10/16
Robert Bruce Jokinen
Counsel of Record